Glenn Plattner (SBN 137454)
Bradley Dugan (SBN 271870)
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, California 90401
Telephone: (310) 576-2100
Facsimile: (310) 576-2200
E-Mail: glenn.plattner@bryancave.com
brad.dugan@bryancave.com

Attorneys for Defendant
U.S. BANK, N.A., BANK OF AMERICA, N.A. (erroneously sued as "BAC HOME LOANS SERVICING, LP")

**FILED: 12/4/12**

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMUND MCCORMICK, an individual; KITSON MCCORMICK, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> US BANK, NA., a National Association as Trustee for the Harborview 2005-13 Trust Fund; BAC HOME LOANS SERVICING, LP, a Texas Limited Partnership; ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE THERETO; and DOES 1-10, inclusive, <br><br> Defendants. | Case No: CV12-8354-GHK (SHx) <br><br> Assigned to the Hon. George H. King <br><br> **[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** <br><br> [Filed concurrently with Stipulation to Dismiss] <br><br> Date Action Filed: October 2, 2012 <br> Trial Date: None Set |

1  The Stipulation to Dismiss with Prejudice Pursuant to Federal Rule of Civil
2  Procedure 41(a)(1)(A)(ii) between Plaintiffs Edmond McCormick and Kitson
3  McCormick, on the one hand, and Defendants U.S. Bank, N.A. and Bank of
4  America, N.A., on the other hand, was filed on November 30, 2012.
5  Having read and considered the Stipulation, the Court ORDERS that the
6  above-referenced action is dismissed in its entirety with prejudice, each party to bear
7  their own attorneys' fees and costs.  The Court will retain jurisdiction to enforce the
8  terms of the Settlement Agreement pursuant to the authority of this Court and as
9  provided in Cal. Civ. Code. Proc. § 664.6.

**IT IS SO ORDERED.**

Dated:   12/4/12                              _____
                                              Chief United States District Court Judge,
                                              HONORABLE GEORGE H. KING

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 120 Broadway, Suite 300, Santa Monica, California 90401-2386.

On December 4, 2012, I served the foregoing document, described as **[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** on each interested party in this action, as follows:

Jeremy J. Alberts, Esq.              *Attorney for Plaintiffs*
Law Offices of Jeremy J. Alberts      Phone: (949) 784-0406
214 N. Malden Ave.
Fullerton, CA 92832

☒ (VIA MAIL) I placed a true copy (or original) of the foregoing document in a sealed envelope addressed to each interested party as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Bryan Cave LLP, Santa Monica, California. I am readily familiar with Bryan Cave LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

☐ (VIA FEDEX) I deposited in a box or other facility maintained by FedEx, an express carrier service, or delivered to a courier or driver authorized by said express carrier service to receive documents, a true copy of the foregoing document, in an envelope designated by said express service carrier, with delivery fees paid or provided for.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 4, 2012, at Santa Monica, California.

/s/ *Michelle Hicks*
Michelle Hicks

733012